1062

[No. 53617-6-I. Division One. April 18, 2005.]

HALEY ROSE-MARIE FRANCIS ET AL., *Appellants*, v. WAL-MART STORES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 02-2-01817-0, Steven J. Mura, J., entered December 19, 2003. *Reversed* by unpublished opinion per Cox, C.J., concurred in by Grosse and Becker, JJ.

[No. 53655-9-I. Division One. April 18, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. J.A., *Appellant*.

Appeal from a judgment of the Superior Court for San Juan County, No. 03-8-05019-1, Alan R. Hancock, J., entered December 15, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53667-2-I. Division One. April 18, 2005.]

HARDIAL SANGHA, *Appellant*, v. DAVID E. VIS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-2-00650-6, Michael E. Rickert, J., entered March 22, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 53694-0-I. Division One. April 18, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID BLUE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-06321-3, Ronald Kessler, J., entered December 24, 2003. *Affirmed* by unpublished per curiam opinion.